# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## ORDER RENDERED DECEMBER 7, 2018

## NO. 03-18-00144-CV

### Charles W. Sullivan, Appellant

### v.

### Arguello Hope & Associates, PLLC; Philip K. Broderick, Individually; Andres A. Arguello, Individually; Samantha Fenwick, Individually; Schavon J. Jahn; and Albert Zavala, Appellees

### APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### REVERSED AND RENDERED—OPINION BY JUSTICE PURYEAR

This is an appeal from the order signed by the district court on February 21, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order imposing sanctions. Therefore, the Court reverses the district court's order and renders judgment that the motion for sanctions be denied. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.